Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
1200 Main Street, Suite H
Irvine, California 92614
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com
Attorneys for Plaintiff MICHAEL WILLIAMS

Patricia T. Stambelos (SBN 166998)
543 Country Club Drive, Suite B209
Simi Valley, California 93065
Telephone: 805.578-3474
Facsimile: 805.994.0199
Email: patricia@patriciastambelos.com
Attorney for Defendant SKYWEST AIRLINES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES, INC. and DOES 1 to 25 inclusive,<br><br>Defendant. | CASE NO. 1:14-cv-0377 LJO SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION PURSUANT TO SETTLEMENT** |

Plaintiff MICHAEL G. WILLIAMS entered into a written settlement agreement with Defendant SKYWEST AIRLINES, INC., terms of which have been performed and complied with which now permit Plaintiff to request that this action be dismissed with prejudice. Plaintiff and Defendant hereby stipulate and request this honorable Court

dismiss the above-caption action with prejudice pursuant to the parties signed settlement agreement.

DATED: July 20, 2015                    Respectfully submitted,

                                         KROLIKOWSKI LAW FIRM

                                         By: /s/ Adam J. Krolikowski, Esq.
                                                Adam J. Krolikowski. Esq.
                                                Attorneys for Plaintiff Michael Williams

DATED: July 20, 2015                    Respectfully submitted,

                                         PATRICIA STAMBELOS

                                         By: /s/ Patricia Stambelos
                                                Attorney for Defendant SkyWest

IT IS SO ORDERED.

  Dated: **July 20, 2015**                    **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE