1 | Adam J. Krolikowski (SBN 202946)
2 | THE KROLIKOWSKI LAW FIRM
1200 Main Street, Suite H
3 | Irvine, California 92614
4 | T. (949) 269-1869
F. (949) 269-1868
5 | Email: adam@usethelaw.com
6 | Attorneys for Plaintiff MICHAEL WILLIAMS

7 | Patricia T. Stambelos (SBN 166998)
543 Country Club Drive, Suite B209
8 | Simi Valley, California 93065
9 | Telephone: 805.578-3474
Facsimile: 805.994.0199
10 | Email: patricia@patriciastambelos.com
11 | Attorney for Defendant SKYWEST AIRLINES

12

13

14 | UNITED STATES DISTRICT COURT

15 | EASTERN DISTRICT OF CALIFORNIA

16

17 | MICHAEL G. WILLIAMS, an individual,    CASE NO. 1:14-cv-0377 LJO SMS

18 | Plaintiff,    **AMENDED ORDER RE STIPULATED DISMISSAL OF ACTION PURSUANT TO SETTLEMENT**[1]

19 | vs.

20

21 | SKYWEST AIRLINES, INC. and DOES 1 to 25 inclusive,

22 | Defendant.

23

24

25

26 | [1] This order was previously docketed bearing the signature of the assigned Magistrate Judge. The purpose of this amendment is to re-issue the order bearing the signature of the assigned District Judge. The Clerk of Court is directed to docket this as an Amended Order Re Stipulated Dismissal. No further administrative action is necessary.
27

28

1

2      Plaintiff MICHAEL G. WILLIAMS entered into a written settlement

3   agreement with Defendant SKYWEST AIRLINES, INC., terms of which have been

4   performed and complied with which now permit Plaintiff to request that this action be

5   dismissed with prejudice.  Plaintiff and Defendant hereby stipulate and request this

6   honorable Court dismiss the above-caption action with prejudice pursuant to the

7   parties signed settlement agreement.

8

9   DATED: July 22, 2015                    Respectfully submitted,

10

                                            KROLIKOWSKI LAW FIRM
11

12                                          By:  /s/ Adam J. Krolikowski, Esq.
                                                 Adam J. Krolikowski. Esq.
13                                               Attorneys for Plaintiff Michael Williams

14
    DATED: July 22, 2015                    Respectfully submitted,
15

16                                          PATRICIA STAMBELOS

17                                          By:  /s/ Patricia Stambelos
                                                 Attorney for Defendant SkyWest
18

19  IT IS SO ORDERED.

20
       Dated:  **July 22, 2015**               **/s/ Lawrence J. O'Neill**
21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28